**Order entered July 3, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00411-CV

### PNC BANK, N.A., Appellant

### V.

### RPCG-GP I, LLC, Appellee

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-01763**

## ORDER

Before the Court is appellee's July 2, 2019 unopposed motion for a seven-day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 15, 2019.

/s/      ERIN A. NOWELL
         JUSTICE